ihy Barton
owa Street
e, IL  61832

E-FILED
Thursday, 12 April, 2018  10:59:17 AM
Clerk, U.S. District Court, ILCD

IL 618
11 APR '18
PM 4 L

WOUNDED WARRIOR
PROJECT
WOUNDEDWARRIORPROJECT.ORG

United States District Court
201 South Vine Street, Room 218
Urbana, IL  61801

61802-334868