# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## Urbana Division

**TIMOTHY SCOTT BURTON,**

    **Plaintiff,**

**v.**       Case No. 18-2105

**FACEBOOK et al.,**

    **Defendants.**

## ORDER

Plaintiff has submitted a complaint and seeks leave to proceed without prepaying fees or costs.  To be considered, Plaintiff must supply the Court with completed summons and U.S. Marshals service forms (USM-285).  Plaintiff has not yet submitted these.  Therefore, Plaintiff must fill out a summons and USM-285 form for each defendant being sued.  Failure of Plaintiff to complete and return the forms within twenty-one (21) days will result in summary dismissal of the complaint, without prejudice.

The Clerk is directed to provide Plaintiff with copies of the forms.

ENTERED this 13th day of April, 2018.

                          s/ERIC I. LONG
                          UNITED STATES MAGISTRATE JUDGE