Case 3:18-cv-03643-VC   Document 4   Filed 04/17/18   Page 1 of 5
Case MDL No. 2843   Document 49   Filed 04/13/18   Page 1 of 3

E-FILED
Tuesday, 17 April, 2018  03:19:38 PM
Clerk, U.S. District Court, ILCD

APR 17 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL DOCKET NO. 2843 |

## NOTICE OF RELATED ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("the Panel"), Defendant Facebook, Inc. ("Facebook") hereby provides this notice informing the Panel of four "potential tag-along actions" to In re Facebook, Inc., Consumer Privacy User Profile Litigation, MDL No. 2843:

1. *Sanford Buckles v. Facebook, Inc.*, United States District Court of Northern California (San Francisco Division), 3:18-CV-02189 (filed Apr. 12, 2018) ("*Buckles*");

2. *Timothy Scott Barton, Jr. v. Facebook, Inc., Mark Zuckerberg, and Sheryl Sandberg*, United States District Court for the Central District of Illinois (Urbana Division), 4:18-cv-02201 (filed Apr. 12, 2018) ("*Barton*");

3. *Lucy Gerena v. Facebook, Inc.*, United States District Court of Northern California (Oakland Division), 4:18-CV-02189 (filed Apr. 12, 2018) ("*Gerena*"); and

4. *People of the State of Illinois, ex rel. Kimberly M. Foxx, State's Attorney of Cook County, Illinois v. Facebook, Inc., SCL Group Limited, and Cambridge Analytica, LLC*; United States District of Northern District of Illinois (Eastern Division); 1:18-CV-02667 (Complaint filed Mar. 23 2018; Removal filed Apr. 12, 2018) ("*Cook County*").

A schedule of actions is attached to this Notice. Copies of the docket sheets and complaints are attached as Exhibits A - D to this Notice. The complaints share common questions of fact and law and are premised on the same core issues as the other actions pending before the Panel, and are therefore "Related Actions" for purposes of these proceedings. For example:

The *Gerena* action alleges violations of, *inter alia*, the Stored Communications Act and the California Unfair Competition Law on behalf of putative nationwide and California classes based on the same March 2018 news reports cited in other actions concerning the acquisition of Facebook user data by Cambridge Analytica.

The *Buckles* action also brings claims on behalf of a putative nationwide class of Facebook users in connection with user data obtained by Cambridge Analytica and others, though it frames this conduct as a violation of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et seq.*

The *Barton* action is an individual *pro se* action alleging that "Facebook ... [k]new that Cambridge Analytica was using my data from Facebook without my con[s]ent." Although the complaint does not articulate a particular cause of action, Mr. Barton seeks monetary damages and his complaint would be subject to many of the same defenses available in the actions currently under consideration for MDL treatment.

The *Cook County* action alleges that Facebook, SCL Group, and Cambridge Analytica violated the Illinois Consumer Fraud and Deceptive Business Practices Act in connection with Cambridge Analytica's acquisition of Facebook user data. Although *Cook County* is styled as a *parens patriae* action and not a class action, it alleges harm to Facebook accountholders as a result of the alleged use of data, and the factual and legal allegations in the complaint overlap

substantially with those of the other actions currently under consideration for MDL treatment, including *Comforte v. Cambridge Analytica*, No. 1:18-CV-02120 (N.D. Ill.), which also brings claims on behalf of Facebook users under the Illinois consumer statute.

Dated: April 13, 2018

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ Orin Snyder
Orin Snyder
200 Park Avenue
New York, N.Y. 10166
Tel: 212.351.2400
Fax: 212.351.6335
osnyder@gibsondunn.com

Joshua S. Lipshutz
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614
jlipshutz@gibsondunn.com

Kristin A. Linsley
Brian M. Lutz
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474
klinsley@gibsondunn.com
blutz@gibsondunn.com

*Attorneys for Facebook, Inc.*

BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL DOCKET NO. 2843 |
|---|---|

## SCHEDULE OF ACTIONS (TO BE ADDED TO EXISTING SCHEDULE)

| # | Case Name | District | Case No. / Filing Date | Assigned Judge |
|---|---|---|---|---|
| 1 | Sanford Buckles v. Facebook, Inc. | Northern District of California (San Francisco Division) | Case No. 3:18-CV-02189 Filed: 04/12/2018 | unassigned |
| 2 | Timothy Scott Burton, Jr. v. Facebook, Inc., Mark Zuckerberg, and Sheryl Sandberg | Central District of Illinois (Urbana Division) | Case No.: 2:18-CV-02105 Filed: 04/12/2018 | District Judge Colin S. Bruce Magistrate Judge Eric I. Long |
| 3 | Lucy Gerena v. Facebook, Inc. | Northern District of California (Oakland Division) | Case No. 4:18-CV-02201 Filed: 04/12/2018 | Unassigned |
| 4 | People of the State of Illinois, ex rel. Kimberly M. Foxx, State's Attorney of Cook County, Illinois v. Facebook, Inc., SCL Group Limited, and Cambridge Analytica, LLC | Northern District of Illinois (Eastern Division) | Case No. 1:18-CV-02667 Filed: 03/23/2018 (Complaint) 04/12/2018 (Removal) | District Judge Robert M. Dow, Jr. |

Dated: April 13, 2018				Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Orin Snyder*
Orin Snyder
200 Park Avenue
New York, N.Y. 10166
Tel: 212.351.2400
Fax: 212.351.6335
osnyder@gibsondunn.com

Joshua S. Lipshutz
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614
jlipshutz@gibsondunn.com

Kristin A. Linsley
Brian M. Lutz
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474
klinsley@gibsondunn.com
blutz@gibsondunn.com

*Attorneys for Facebook, Inc.*