Case 3:18-cv-03643-VC   Document 4-1   Filed 04/17/18   Page 1 of 5
Case MDL No. 2843   Document 49-2   Filed 04/13/18   Page 1 of 5

E-FILED
Tuesday, 17 April, 2018 03:19:38 PM
Clerk, U.S. District Court, ILCD

**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: FACEBOOK, INC., CONSUMER PRIVACY USER PROFILE LITIGATION | MDL DOCKET NO. 2843 |

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that on April 13, 2018, I caused the foregoing documents to be filed with the Clerk of the Court using the Judicial Panel on Multidistrict Litigation's CM/ECF system, which will serve notification of such filing to the email of all counsel of record in this action. I further certify that copies of the foregoing were served on all counsel (or unrepresented parties), and on the Clerk of the Court of each proposed transferor court, by U.S. First Class Mail, postage pre-paid, as follows:

## Court Clerks

Susan Y. Soong, Clerk
Ronald V. Dellums Federal Building
  &amp; United States Courthouse
Oakland Division
1301 Clay Street
Oakland, CA 94612

*Lucy Gerena v. Facebook, Inc., a Delaware Corporation;* Case No. 4:18-CV-02201

Clerk of Court
United States District Court
  of Central Illinois
Urbana Division
218 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*Timothy Scott Barton, Jr. v. Facebook, Inc., Mark Zuckerberg, and Sheryl Sandberg;* Case No. 2:18-CV-02105

Everett McKinley Dirksen, Clerk
United States Courthouse
Northern District of Illinois
Eastern Division
219 South Dearborn Street
Chicago, IL 60604

*People of the State of Illinois, ex rel. Kimberly M. Foxx, State's Attorney of Cook County, Illinois v. Facebook, Inc., a Delaware corporation, SCL Group Limited, a United Kingdom private limited company, and Cambridge Analytica, LLC, a Delaware limited liability company;* Case No. 1:18-CV-02667

Susan Y. Soong, Clerk
San Francisco Division
United States District Court
450 Golden Gate Avenue, Box 36060
San Francisco, CA 94102

*Sanford Buckles v. Facebook, Inc.;* Case No. 3:18-CV-02189

## Counsel / Parties

Abbas Kazerounian
Matthew M. Loker
Kazerouni Law Group, APC
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Tel: 800.400.6808
Fax: 800.520.5523
Email: ak@kazlg.com
Email: ml@kazlg.com
*Counsel to Plaintiff Sanford Buckles*

David H. Krieger, Esq.
Haines & Krieger, LLC
8985 S. Eastern Ave. Ste. 350
Henderson, NV 89123
Tel: 702.880.5554
Fax: 702.385.5518
Email: dkrieger@hainesandkrieger.com
*Counsel to Plaintiff Sanford Buckles*

Joshua B. Swigart, Esq
Hyde & Swigart
2221 Camino Del Rio South, Ste. 101
San Diego, CA 92108
Tel: 619.233.7770
Fax: 619.297.1022
Email: josh@westcoastlitigation.com
*Counsel to Plaintiff Sanford Buckles*

Timothy Scott Burton, Jr
115 Iowa Street
Danville, IL 61832
Tel: 217.799.8492
Email: runnerforlife08@gmail.com
*Pro se Plaintiff*

Matthew I. Knepper, Esq.
Miles N. Clark, Esq.
Knepper & Clark LLC
10040 W. Cheyenne Ave.
Ste. 170-109
Las Vegas, NV 89129
Tel: 702.825.6060
Fax: 702.447.8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com
*Counsel to Plaintiff Sanford Buckles*

David S. Casey, Jr.
Gayle M. Blatt
Jeremy Robinson
Angela Jae Chun
Alyssa Williams
Casey Gerry Schenk
Francavilla Blatt & Penfield, LLP
110 Laurel Street
San Diego, California 92101
Tel: 619.238.1811
Fax: 619.544.9232
Email: dcasey@cglaw.com
Email: gmb@cglaw.com
Email: jrobinson@cglaw.com
Email: ajc@cglaw.com
Email: awilliams@cglaw.com
*Counsel to Plaintiff Lucy Gerener*

Jay Edelson
Benjamin H. Richman
Ari J. Scharg
David Mindell
Alfred K. Murray
Edelson PC
350 N LaSalle, 14th Floor
Chicago, IL, 60654
(312) 589-6370
Email: jedelson@edelson.com
Email: brichman@edelson.com
Email: ascharg@edelson.com
Email: dmindell@edelson.com
Email: amurray@edelson.com
*Counsel to Plaintiff People of the State of
Illinois, ex rel. Kimberly M. Fox*

Mark Scarsi
Milbank, Tweed, Hadley & McCloy LLP
2029 Century Park East 33rd Fl.,
Los Angeles CA 90067
Tel: 424.386.4580
Fax: 213.892.4780
Email: mscarsi@milbank.com
*Counsel for SCL Group Ltd. and Cambridge
Analytica LLC*

Kent S. Ray
Cook County State's Attorney's Office
69 W. Washington Street
Suite 3130
Chicago, IL 60602
Tel: 312.603.8600
Fax: 312.603.9830
Email: kent.ray@cookcountyil.gov
*Counsel for Plaintiff People of the State of
Illinois, ex rel. Kimberly M. Foxx*

Orin Snyder
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, N.Y. 10166
Tel: 212.351.2400
Fax: 212.351.6335
Email: osnyder@gibsondunn.com
*Counsel for Mark Zuckerberg and
Sheryl Sandberg*

Dated: April 13, 2018

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Orin Snyder*
Orin Snyder
200 Park Avenue
New York, N.Y. 10166
Tel: 212.351.2400
Fax: 212.351.6335
osnyder@gibsondunn.com

Joshua S. Lipshutz
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
Tel: 202.955.8217
Fax: 202.530.9614
jlipshutz@gibsondunn.com

Kristin A. Linsley
Brian M. Lutz
555 Mission Street
Suite 300
San Francisco, CA 94105
Tel: 415.393.8379
Fax: 415.374.8474
klinsley@gibsondunn.com
blutz@gibsondunn.com

*Attorneys for Facebook, Inc.*