E-FILED
Friday, 13 April, 2018 03:19:38 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

PROSE,REFER

# U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CIVIL DOCKET FOR CASE #: 2:18-cv-02105-CSB-EIL

Burton v. Facebook et al
Assigned to: Judge Colin Stirling Bruce
Referred to: Magistrate Judge Eric I. Long
Demand: $75,000,000
Cause: 42:1981 Civil Rights

Date Filed: 04/12/2018
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Timothy Scott Burton, Jr**    represented by   **Timothy Scott Burton, Jr**
115 Iowa Street
Danville, IL 61832
217-799-8492
PRO SE

V.

**Defendant**

**Facebook**

**Defendant**

**Mark Zuckerberg**

**Defendant**

**Sheryl Sandberg**

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 04/12/2018 | 1 | COMPLAINT against Facebook, Sheryl Sandberg, Mark Zuckerberg, filed by Timothy Scott Burton, Jr. (Attachments: # 1 Envelope)(DS, ilcd) (Entered: 04/12/2018) |
| 04/12/2018 | 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Timothy Scott Burton, Jr. Responses due by 4/26/2018. (DS, ilcd) (Entered: 04/12/2018) |

| PACER Service Center | | |
| --- | --- | --- |
| Transaction Receipt | | |
| 04/12/2018 14:05:30 | | |
| PACER Login: gd0021DA:2553423:4036719 | Client Code: | 74020-00002 |

| Description: | Docket Report | Search Criteria: | 2:18-cv-02105-CSB-EIL |
|---|---|---|---|
| Billable Pages: | 1 | Cost: | 0.10 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

Central District of IL

Urbana Division

| | |
|---|---|
| Timothy Scott Barton Jr <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Facebook <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) Case No. 18-CV-2105 <br> ) *(to be filled in by the Clerk's Office)* <br> ) <br> ) Jury Trial: *(check one)* ☒ Yes ☐ No <br> ) <br> ) <br> ) <br> ) **FILED** <br> ) APR 12 2018 <br> ) CLERK OF THE COURT <br> ) U.S. DISTRICT COURT <br> ) CENTRAL DISTRICT OF ILLINOIS <br> ) URBANA, ILLINOIS |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Timothy Scott Barton Jr |
   | Street Address | 115 Iowa Street |
   | City and County | Danville Vermilion |
   | State and Zip Code | IL 61832 |
   | Telephone Number | 217-799-8492 |
   | E-mail Address | runnerforlife080@ymail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

- Name: Mark Zuckerberg
- Job or Title (if known): Chief Executive Officer
- Street Address: 1 Hacker Way Menlo Park
- City and County: Menlo Park, San Mateo County
- State and Zip Code: CA, 94025
- Telephone Number: 650-308-7300
- E-mail Address (if known): N/A

Defendant No. 2

- Name: Sheryl Sandberg
- Job or Title (if known): Chief Operating Officer
- Street Address: 1 Hacker Way Menlo Park
- City and County: Menlo Park, San Mateo County
- State and Zip Code: CA, 94025
- Telephone Number: 650-308-7300
- E-mail Address (if known): N/A

Defendant No. 3

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Facebook shared my personal information such as limited to public profile, page likes, birthday & current city, without my own consent

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Timothy Scott Burton Sr, is a citizen of the State of *(name)* IL.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Mark Zuckerberg, is a citizen of the State of *(name)* CA. Or is a citizen of *(foreign nation)* _____

Page 3 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

       b.    If the defendant is a corporation

The defendant, *(name)* Facebook, is incorporated under the laws of the State of *(name)* CA, and has its principal place of business in the State of *(name)* CA.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

   3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am claiming that Facebook owes me $75,000,000.00 million plus interest because of what they have done to my personal info

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Facebook and Mark Zuckerberg & Sheryl Sandberg new that Cambridge Analytica was useing my data from Facebook without my concent

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Facebook (Mark Zuckerberg & Sheryl Sandberg) took all my personal info & gave it to Cambridge Analytica an I believe all my personal Info can be sold to Highest bidder now and I am claiming $75,000,000.00 million dollars

Page 4 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/11/2018

Signature of Plaintiff

Printed Name of Plaintiff: Timothy Scott Barton Jr

#### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address