THE HANNON LAW FIRM
A LIMITED LIABILITY COMPANY
1641 N. DOWNING STREET
DENVER, COLORADO 80218
TELEPHONE: (303) 861-8800
TELEFAX: (303) 861-8855

KEVIN S. HANNON *
JUSTIN D. BLUM

April 20, 2018

**RECEIVED**

APR 2 6 2018

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Kenneth A. Wells, Clerk of Court
218 U.S. Courthouse
201 S. Vine Street
Urbana, Illinois 61802

    Re:    *In Re Facebook, Inc., Consumer Privacy User Profile Litigation*
             MDL No. 2843

Dear Mr. Wells:

    Please find enclosed a copy of *Plaintiff Debra Kooser and Margaret Frankiewicz's Response in Support of the Motions for Transfer of Actions to the Northern District of California and for Consolidation Pursuant to 28 U.S.C. § 1407* which was filed this date with the Judicial Panel on Multidistrict Litigation in MDL 2843.

    You are receiving this notice because the following related case has been filed in your Court.

    *Burton v. Facebook, et al.*, Case No. 2:18-cv-02105-CSB-EIL

                                Sincerely,

                                THE HANNON LAW FIRM

                                Pamela K. Morrison, Paralegal

Enclosure
/pkm

*ALSO ADMITTED IN THE DISTRICT OF COLUMBIA, MISSOURI, NEW HAMPSHIRE, WISCONSIN AND WYOMING