## U.S. District Court
## CENTRAL DISTRICT OF ILLINOIS (Urbana)
## CIVIL DOCKET FOR CASE #: 2:18–cv–02105–CSB–EIL

Burton v. Facebook et al  
Assigned to: Judge Colin Stirling Bruce  
Referred to: Magistrate Judge Eric I. Long  
Demand: $75,000,000  
Cause: 42:1981 Civil Rights  

Date Filed: 04/12/2018  
Date Terminated: 06/18/2018  
Jury Demand: None  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Timothy Scott Burton, Jr**     represented by    **Timothy Scott Burton, Jr**  
115 Iowa Street  
Danville, IL 61832  
217–799–8492  
PRO SE  

V.

**Defendant**

**Facebook**

**Defendant**

**Mark Zuckerberg**

**Defendant**

**Sheryl Sandberg**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2018 | Ï 1 | COMPLAINT against Facebook, Sheryl Sandberg, Mark Zuckerberg, filed by Timothy Scott Burton, Jr. (Attachments: # 1 Envelope)(DS, ilcd) (Additional attachment(s) added on 4/17/2018: # 2 USM–285 Forms) (DS, ilcd). (Entered: 04/12/2018) |
| 04/12/2018 | Ï 2 | MOTION for Leave to Proceed in forma pauperis by Plaintiff Timothy Scott Burton, Jr. Responses due by 4/26/2018. (DS, ilcd) (Entered: 04/12/2018) |
| 04/13/2018 | Ï 3 | ORDER entered by Magistrate Judge Eric I. Long on 4/13/2018. Plaintiff must fill out a summons and USM–285 form for each defendant being sued. Forms must be submitted within 21 days. See written order. Summons and USM 285 forms due by 5/4/2018.(JMB, ilcd) (Entered: 04/13/2018) |
| 04/17/2018 | Ï 4 | MDL Remark: Notice of MDL Case #2843. (Attachments: # 1 Proof of Service, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit) (DS, ilcd) (Additional attachment(s) added on 4/19/2018: # 6 Notice of Errata re MDL #2843) (KM, ilcd). (Entered: 04/17/2018) |
| 04/26/2018 | Ï 5 | MDL Remark: Response in Support of Motions for Transfer of Actions to the Northern District of California and for Consolidation Pursuant to 28 U.S.C. 1407 filed with the Judicial Panel on Multidistrict Litigation in MDL 2843. (Attachments: # 1 Cover Letter) (DS, ilcd) (Entered: 04/26/2018) |

| | | |
|---|---|---|
| 05/04/2018 | Ï 6 | MDL Remark: Reply Memorandum in Support of Plaintiff's Motion for Transfer of Actions to the Northern District of California and for Consolidation Pursuant to 28 U.S.C. 1407. (DS, ilcd) (Entered: 05/04/2018) |
| 05/11/2018 | Ï 7 | MDL Remark: Plaintiff Debra Kooser and Margaret Frankiewicz's Notice of Presentation or Waiver of Oral Argument which was filed with the Judicial Panel on Multidistrict Litigation in MDL 2843. (DS, ilcd) (Entered: 05/11/2018) |
| 05/16/2018 | Ï 8 | Remark: Summons and Waivers received. USM−285 forms NOT received. (KE, ilcd) (Entered: 05/16/2018) |
| 06/18/2018 | Ï | MDL Remark: ***TEXT ONLY ENTRY*** MINUTE ORDER − TO INVOLVED CLERKS − Conditional Transfer Order (CTO−1) Finalized on 6/18/18. Please see pleading (45 in ALN/2:18−cv−00535, 48 in CAC/8:18−cv−00571, 45 in DE/1:18−cv−00531, 16 in DE/1:18−cv−00655, 23 in ILC/2:18−cv−02105, 147 in MDL No. 2843). As stipulated in Rule 7.1(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, transmittal of the order has been stayed 7 days to give any party an opportunity to oppose the transfer. The 7−day period has now elapsed, no opposition was received, and the order is directed to the Clerk of the United States District Court for the N.D. California for filing. The Panel governing statute, 28 U.S.C. 1407, requires that the transferee clerk transmit a certified copy of the Panel order to transfer to the clerk of the district court from which the action is being transferred. Signed by Clerk of the Panel Jeffery N. Luthi on 6/18/2018. Associated Cases: MDL No. 2843, ALN/2:18−cv−00535, CAC/8:18−cv−00571, DE/1:18−cv−00531, DE/1:18−cv−00655, ILC/2:18−cv−02105 (TLL) (KM, ilcd) (Entered: 06/18/2018) |
| 06/18/2018 | Ï 9 | MDL Remark: CONDITIONAL TRANSFER ORDER FINALIZED (CTO−1) − 5 action(s) re: pldg. (43 in ALN/2:18−cv−00535, 46 in CAC/8:18−cv−00571, 43 in DE/1:18−cv−00531, 14 in DE/1:18−cv−00655, 21 in ILC/2:18−cv−02105, 142 in MDL No. 2843). Inasmuch as no objection is pending at this time, the stay is lifted. Signed by Clerk of the Panel Jeffery N. Luthi on 6/18/2018. Associated Cases: MDL No. 2843, ALN/2:18−cv−00535, CAC/8:18−cv−00571, DE/1:18−cv−00531, DE/1:18−cv−00655, ILC/2:18−cv−02105 (TLL). See written Order. (KM, ilcd) (Entered: 06/18/2018) |
| 06/18/2018 | Ï 10 | Conditional Transfer Order (certified copy) entered by Clerk, MDL Panel, transferring this case to the Northern District of California. This case is terminated. (KM, ilcd) (Entered: 06/18/2018) |